IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTIONIO DIVISION

| | |
|---|---|
| NICHOLAS DeFOSSETT, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:19-cv-00281-FB |
| ) | |
| vs. ) | **STIPULATION AND (PROPOSED)** |
| ) | **ORDER EXTENDING TIME TO** |
| GRANDVIEW HOLDING, LLC ) | **ANSWER OR RESPOND TO** |
| d/b/a GRANDVIEW SHOPPING ) | **COMPLAINT** |
| CENTER TWO, LLC ) | |
| ) | |
| Defendant ) | |

**STIPULATION EXTENDING TIME TO ANSWER OR RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which Defendant Grandview Holding, LLC may move, answer, or otherwise respond to the Complaint is hereby extended up to and including July 15, 2019 (by approximately thirty (30)) days from the date of this Stipulation.

1. Counsel for Plaintiff and Defendant have been in contact and have been discussing possible early resolution of this matter.

2. Defendant is discussing coverage with its insurer and the stipulation for additional time to answer or respond to the Complaint will also allow Defendant to obtain any necessary authority and evaluate the claims.

3. No Scheduling Order has yet been entered by this Court and thus the extension will not alter or impact the Court's trial calendar and will not prejudice the Plaintiff.

4. One previous Motion for Extension of Time was granted for 30 days to Answer or Response due June 14, 2019.

5. There is good cause to authorize the further extension agreed among the parties and in the interest of judicial economy.

IT IS SO STIPULATED:

Dated: June 14, 2019                                              Dated: June 14, 2019

| /S/JENNIFER SOLAK<br>*Attorney in Charge for Defendant*<br>Texas State Bar ID No. 24060634<br>1305 W Eleventh Street, Suite 3094<br>Houston, TX 77008<br>Tel: (713) 588-5744<br>Email: Jennifer@solaklegal.com | /S/ DENNIS R. KURZ<br>Dennis R. Kurz<br>*Attorney-in-Charge for Plaintiff*<br>Texas State Bar ID No. 24068183<br>Kurz Law Group, LLC<br>1640 Powers Ferry Road, SE<br>Building 17, Suite 200<br>Marietta, GA 30067<br>Tel: (404) 805-2494<br>Fax: (678) 428-5356<br>Email: dennis@kurzlawgroup.com |
|---|---|

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| NICHOLAS DeFOSSETT, </br></br>  Plaintiff, </br></br> vs. </br></br> GRANDVIEW HOLDING, LLC </br> d/b/a GRANDVIEW SHOPPING </br> CENTER TWO, LLC </br></br>  Defendant | Case No. 5:19-cv-00281-FB |

## **ORDER**

Upon consideration of the Stipulation and (Proposed) Order extending time to Answer or Respond to Complaint, and for good cause shown, the time for Defendant to Answer or Respond to the complaint is extended to July 15, 2019. Therefore, Defendant's answer or other response to the Complaint shall be filed on or before July 15, 2019.

_____
Hon. Fred Biery
United States District Judge