# EXHIBIT 1

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Dennis R. Kurz
> *Attorney-in-Charge for Plaintiff*
> Texas State Bar ID No. 24068183
> Kurz Law Group, LLC
> 1640 Powers Ferry Road, SE
> Building 17, Suite 200
> Marietta, GA 30067
> Tel: (404) 805-2494
> Fax: (678) 428-5356
> Email: dennis@kurzlawgroup.com

;

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

[none]

Attorney for GRANDVIEW HOLDING, LLC
d/b/a GRANDVIEW SHOPPING
CENTER TWO, LLC


___Jennifer Solak__
/s/Jennifer Solak